UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV19-04440 JAK (SKX) | Date | October 21, 2019 |
| Title | David Daryl Jones v. Gabriela Vargas, et al. | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| Victor Cruz | Lisa Gonzalez |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| David Daryl Jones (self-represented) | William Ireland |

**Proceedings:** **DEFENDANTS JP MORGAN CHASE BANK, N.A., AND VARGAS'S NOTICE OF MOTION AND MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT (DKT. 11)**

**PLAINTIFF'S MOTION TO REMAND FILED IN STATE COURT WITH ITS MEMORANDUM OF POINTS AND AUTHORITIES (DKT. 15)**

The hearing is held. The Court states its tentative views to deny Plaintiff's Motion to Remand Filed in State Court With Its Memorandum of Points and Authorities (the "Motion to Remand") (Dkt. 15) and grant, with leave to amend, Defendants JP Morgan Chase Bank, N.A., and Vargas's Notice of Motion and Motion to Dismiss, or in the Alternative, for a More Definite Statement (the "Motion to Dismiss" (Dkt. 11)). As to the Motion to Remand, there is subject matter jurisdiction because the sole claim arises under a federal statute. The evidence also shows that the matter was removed within 30 days after service was effected. As to the Motion to Dismiss, there is no allegation as to any credit provided to Plaintiff through the opening of a checking account. A checking account is not a credit instrument, and there are no allegations as to a line of credit or some form of overdraft protection. Counsel for Defendants and Plaintiff each addresses the Court. Neither disagrees with the tentative views that were stated.

The Court adheres to its tentative views. The Motion to Remand is **DENIED** and the Motion to Dismiss is **GRANTED**, with a brief, separate written order to follow with some additional details on the basis for each ruling. The Complaint is dismissed without prejudice and with leave to amend. Plaintiff shall file a First Amended Complaint on or before November 12, 2019.

**IT IS SO ORDERED.**

| | : | 09 |
|---|---|---|
| Initials of Preparer | vpc | |