1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID DARYL JONES, an individual, | Case No. 2:19-cv-04440 JAK (SKx) |
| Plaintiff, | |
| v. | **ORDER RE JOINT STIPULATION OF DISMISSAL (DKT. 42)** |
| GABRIELA VARGAS, an individual, and JP MORGAN CHASE BANK, N.A., a corporation doing business in California; and DOES 1-15, | JS-6 |
| Defendants. | |

Pursuant to the stipulation of the Parties under Federal Rule of Civil Procedure 41(a)(1)(ii) (the "Stipulation"), the Court finds good cause to **GRANT** the Stipulation. Accordingly, this action is dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated: January 2, 2020 _____

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE